[No. 32219-0-III.   Division Three.   June 25, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. ADRIAN PIMENTAL, JR., *Appellant*.

*Affirmed* by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Korsmo, J.

[No. 32565-2-III.   Division Three.   June 25, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON PAUL MARTINS, *Appellant*.

*Affirmed* by unpublished opinion per Brown, A.C.J., concurred in by Korsmo and Fearing, JJ.

[No. 32842-2-III.   Division Three.   June 25, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. SALVADOR S. NAVA, *Appellant*.

*Affirmed* by unpublished opinion per Fearing, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.

[No. 33009-5-III.   Division Three.   June 25, 2015.]

THE STATE OF WASHINGTON, *Respondent*, v. REBECCA LOUISE PRESLER, *Appellant*.

*Affirmed* by unpublished opinion per Fearing, J., concurred in by Siddoway, C.J., and Korsmo, J.